**Order entered June 10, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01360-CV

### JEROME SANDBERG, Appellant

### V.

### STMICROELECTRONICS, INC., Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-14938**

## ORDER

Before the Court is appellant's June 3, 2019 motion to strike the second supplemental clerk's record. We **DENY** the motion.

/s/     KEN MOLBERG
        JUSTICE